# Prudential Realty Co., Appellant, *v.* Cohen.

*Practice, C. P.—Affidavit of defense—Appeals.*

1. An order refusing to enter judgment for an amount as to which plaintiff claims the affidavit of defense is insufficient, will not be reversed unless error is plainly shown.

Argued January 10, 1924. Appeal, No. 107, Jan. T., 1924, by plaintiff, from order of C. P. No. 5, Phila. Co., Dec. T., 1920, No. 3142, discharging rule for judgment for an amount as to which plaintiff claimed the affidavit of defense was insufficient, in case of Prudential Realty Company v. Samuel Cohen. Before MOSCHZISKER, C. J., FRAZER, WALLING, SIMPSON and SADLER, JJ. Affirmed.

Rule for judgment for portion of claim as to which affidavit of defense was claimed to be insufficient. Before MARTIN, P. J.

Rule discharged. Plaintiff appealed.

*Error assigned* was, inter alia, order, quoting record.

*John N. Ouzounian,* for appellant.

*William C. Schwebel,* for appellee.

PER CURIAM, February 4, 1924:

The court below refused to enter judgment for an amount as to which plaintiff claimed the affidavit of defense was insufficient; hence this appeal.

We never reverse on appeals of this character unless error is plainly shown (Johnson v. Potamkin, 278 Pa. 123), which is not so in the present case.

The order discharging the rule for judgment is affirmed.